IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12CV004-RLV-DSC

| | |
|---|---|
| MICHAEL GODBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| IREDELL MEMORIAL HOSPITAL, ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jeffrey Miller]" (document#11) filed April 3, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

Signed: April 3, 2012

David S. Cayer
United States Magistrate Judge