**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:12CV004-RLV-DSC**


| | | |
|---|---|---|
| **MICHAEL GODBEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **IREDELL MEMORIAL HOSPITAL,** | ) | |
| **INCORPORATED,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |


     **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Debra Joy Patkin]" (document#15) filed May 7, 2012.  For the reasons set forth therein, the Motion will be <u>granted</u>.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees</u>.

     **SO ORDERED**.

Signed: May 8, 2012

David S. Cayer
United States Magistrate Judge