IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:12-cv-4-RLV-DSC

| | |
|---|---|
| MICHAEL GODBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| IREDELL MEMORIAL HOSPITAL, ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Seal Exhibit. For the reasons set forth therein, and for good cause shown, the Plaintiff's motion is GRANTED.

1. Exhibit 11 referenced in Plaintiff's motion was produced during discovery and includes confidential medical information concerning the Plaintiff.

2. The sealing of this document is appropriate and necessary because of the confidential nature of the medical information. The only reasonable measure that would ensure Plaintiff's privacy is to seal the above-referenced document.

THEREFORE, IT IS ORDERED that Plaintiff's Exhibit 11 shall be sealed by the Clerk.

**SO ORDERED.**

Signed: February 15, 2013

David S. Cayer
United States Magistrate Judge